O’Donnell, J.,
dissenting.
{¶ 27} I respectfully dissent. The appropriate sanction for this level of misconduct is disbarment. As the majority opinion recounts, respondent did not plead guilty but rather contested the charges and was found guilty by a jury of two counts of conspiracy to commit money laundering, two counts of money laundering involving $14 million, and conspiracy to obstruct official proceedings before two federal agencies, the Federal Trade Commission and the Food and Drug Administration.
{¶ 28} The federal sentencing guidelines suggest a prison sentence for such conduct of 19 to 24 years. Respondent served less than one year. Despite mitigation, our role is to protect the public from lawyers who fail to adhere to the highest ethical standards, not coddle offending attorneys. Respondent’s conduct is the epitome of disrespect for the system of justice he swore to uphold. Accordingly, I would disbar respondent for this conduct.
O’Connor, J., concurs in the foregoing opinion.